Karl R. Decker, ISB #3390
Holden, Kidwell, Hahn & Crapo, P.L.L.C.
1000 Riverwalk Drive, Suite 200
P.O. Box 50130
Idaho Falls, ID  83405
Telephone 208-523-0620
Facsimile 208-523-9518

Attorneys for William R. Hansen

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM R. HANSEN d/b/a HANSEN DRILLING, | Case No. _____ |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| FORMATION CAPITAL CORPORATION, U.S., | |
| Defendant. | |

COMES NOW the Plaintiff, William R. Hansen d/b/a Hansen Drilling, and for his claim against the defendant, alleges and states as follows:

### JURISDICTION AND VENUE

1.      William R. Hansen (hereafter referred to as "Hansen") is, and at all times mentioned in this action was, a resident of Granite County, State of Montana, engaged in the business of diamond core drilling.

2.      Defendant Formation Capital Corporation, U.S. (hereafter referred to as Formation) is a Nevada corporation qualified to do business in the State of Idaho and maintains offices in Salmon, Lemhi County, Idaho.

3.      This court has jurisdiction over the parties based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a).  Venue is proper in the District of Idaho pursuant to 28 U.S.C. § 1351(a).

4.      The amount in controversy in this action, exclusive of interest and costs, but including attorney's fees pursuant to contract and statute exceeds $75,000.00, the jurisdictional amount of this court.

5.      Plaintiff and defendant are citizens of different states.

GENERAL FACTS

6.      Formation has unpatented mining claims to property of the United States of America located in Section 21, Township 21 North, Range 18 East Boise Meridian, Lemhi County Idaho, further described on Exhibit A attached hereto and incorporated by this reference (the "Liened Property").

7.      On or about July 13, 2005, Hansen contracted with Formation to provide labor and supplies to perform 5,000 feet of core drilling services on Formation's unpatented mining claims in Cobalt, Idaho (the "core drilling work") for the consideration enumerated in the contract.  A true and correct copy of the contract is marked as Exhibit B, attached hereto and incorporated herein by reference.

8.      On or about July 23, 2005, Hansen at the request of Formation, commenced providing the core drilling work in accordance with the contract and continued performance thereunder until on or about December 21, 2005.

9.     The contract amount due, and the reasonable and fair value for unpaid Hansen's labor, materials and equipment furnished in performance of the core drilling work requested by Formation is the sum of $72,688.11.

10.    Pursuant to Idaho Code § 28-22-104 Hansen is entitled to interest on the contractual compensation at the rate of 12% per annum commencing on January 12, 2006.

11.    Hansen has made demand on Formation for payment of the foregoing amounts, which it has failed and refused to pay.

COUNT ONE
(MECHANIC'S LIEN CLAIM)

12.    Hansen incorporates herein by this reference the allegations in paragraph 1 through 11 above.

13.    On March 20, 2006 plaintiff Hansen, caused a notice of plaintiff's claim of mechanic's lien to be timely filed for record in the office of the Lemhi County Recorder as Instrument 266662, Official Records of Lemhi County, Idaho, claiming a lien against the Liened Property.   A true and correct copy of the Notice of Lien Claim is marked <u>Exhibit C</u>, attached hereto and incorporated herein by reference.

14.    A true and correct copy of the Notice of Lien Claim recorded in Lemhi County was mailed to Formation by certified mail, postage prepaid, addressed to Formation's registered agent Steven K. Tollman at 142 3rd Avenue North, Twin Falls, Idaho 83301 and to Formation at its office at 812 Shoup Street, Salmon, Idaho 83467 within 5 business days following recording of the Notice of Lien Claim.

15.    The Notice of Lien Claim erroneously described the Liened Property as being located in Custer County, Idaho, which error should be reformed to correctly describe the Liened Property as being located in Lemhi County, Idaho.

16.      Pursuant to I. C. §§ 45-511 and 45-522, Hansen is entitled to recover from defendants the sum of $1,475.20 as fees for preparing the lien, $9.00 for the filing fee for filing the lien claim, the sum of $13.00 as the cost of procuring a title search to determine the parties which shall be named in this action and such other costs as may hereafter be proved according to the rules of the court.

17.      Hansen has been compelled to employ an attorney to prosecute this action and is entitled, pursuant to I.C. §§ 12-120 and 45-513, to recover his reasonable attorney fees incurred herein, in the sum of $10,000.00 if judgment is taken by default, but otherwise in such amount as the Court may determine pursuant to the law and the Idaho Rules of Civil Procedure.

18.      Plaintiff, between filing of the lien claim and July 27, 2006 has incurred attorney's fees in the amount of $6,896.25 on this matter.

COUNT TWO
(EXPRESS CONTRACT)

19.      Hansen incorporates herein by this reference the allegations in paragraphs 1 through 11 and 18 above.

20.      Formation has failed or refused to pay Hansen the aforesaid $72,688.11 due and payable under the July 13, 2005 contract.

21.      Hansen has been compelled to employ an attorney to prosecute this action and is entitled pursuant to said contract and I.C. § 12-120, to recover its reasonable attorney fees incurred herein, in the sum of $10,000.00 if judgment is taken by default, but otherwise in such amount as the Court may determine pursuant to the law and the Idaho Rules of Civil Procedure.

WHEREFORE Plaintiff prays judgment, decree, and order of the Court as follows:

A.      Judgment against the defendant Formation Capital Corporation, U.S. for

(1) the sum of $72,688.11, together with interest from January 12, 2006, at the rate of 12% per annum;

(2) for the sum of $1,475.20 as fees in preparing the lien, the sum of $9.00 for the filing fee to file th lien and the sum of $13.00  for the cost of obtaining a title search; and

(3)  plaintiff's reasonable attorneys fees and other costs and disbursements as provided by law or rule of court.

B.      For reformation of the description of the property subject to the lien to correctly show that the property is located in Lemhi County, Idaho.

C.      Judgment and decree of foreclosure of the lien against the Liened Property for the following amounts:

(1) for the sum of $72,688.11, together with interest from January 12, 2006, at the rate of 12% per annum;

(2) for the sum of $1,475.20 as fees for preparing the lien, the sum of $9.00 for the filing fee to file the lien and the sum of $13.00 for the cost of obtaining a title search:

(3)  plaintiff's reasonable attorneys fees and other costs and disbursements as provided by law or rule of court.

D.      Judgment against all of the Defendants that they have no interest in or to the Liened Property or if they have any, the same are junior and subordinate to the lien claim of Plaintiff.

E.      That all Defendants, and each of them, be required to set forth herein by proper pleading the nature of their claim in and to said premises or any part thereof, if in fact they assert an interest prior or superior to the interest of the Plaintiff.

F.      That Plaintiff be awarded its attorneys fees in the sum of $10,000 to be a claim against the property, in the event that no party appears and contests this action; but in the event Defendants appear and contest, then in such sum or the Court finds appropriate under the statutes of the State of Idaho and the Rules of Civil Procedure against each such contesting Defendant.

G.      That the Plaintiff have such other and further relief in the premises as to the Court may appear just and equitable.

H.      Decree and order that the Plaintiff's lien claim be foreclosed; that a decree and order of sale by the United States Marshall for the District of Idaho be ordered and that the procedure of the sale be pursuant to Idaho Code § 11-301 et seq., with said sale to be held at the Lemhi County Courthouse, Salmon, Idaho; and that the proceeds of such sale be applied in the following order:

1.      To the cost of the sale and other accruing costs;

2.      To the amount of Plaintiff's judgment, including accruing interest, attorneys fees, and costs;

3.      To the Defendants having interest or claims in any part of the the Court;

4.      To the Defendant Formation, or as the Court shall otherwise determine;

5.      That all of the Defendants, persons, or parties claiming by or under them be barred and foreclosed of any right, title, claim, and interest in or to said property, or any of it.

I.      Decree and order that the Plaintiff or any party to this action may be a purchaser at such sale; that the United States Marshall execute and deliver to the purchaser the necessary certificate of sale, and (after expiration of the redemption period) without redemption, an appropriate deed covering the subject property.

DATED this     21st     day of August, 2006.

Holden, Kidwell, Hahn & Crapo, P.L.L.C.


*/s/ Karl R. Decker*
Karl R. Decker

VERIFICATION OF COMPLAINT

STATE OF <u>MONTANA         </u> )
                                          ) ss.
County of<u> Granite             </u> )


     I, William R. Hansen, do solemnly swear (or affirm) that the testimony given in this sworn statement is the truth, the whole truth, and nothing but the truth, that it is made on my personal knowledge, and that I would so testify in open court if called upon to do so.
     And being so sworn I depose and say that I am the plaintiff  herein; that I have read and know the contents of the foregoing Complaint; and that I know the statements therein made are true.

     DATED: July 28, 2006.


                      */s/ William R. Hansen*
                      William R. Hansen


     SUBSCRIBED AND SWORN to before me July 28, 2006


(SEAL)                       */s/ Karyn Byhre Hansen*
                       Notary Public for State of Montana
                       Residing at: Philipsburg
                       My Commission Expires:11/1/09

266662

**RS:**   05 0210N 0180E 021

| Ref Number | Qrtr | Claim Name | Claimant | Lead File | Case Type | Status | Loc Date | Last Assmt |
|---|---|---|---|---|---|---|---|---|
| C174157 | SW | SUN 2 | FORMATION CAPITAL CORP | IMC174155 | 384101 | ACTIVE | 05/18/1994 | 2006 |
| C174159 | SW | SUN 4 | FORMATION CAPITAL CORP | IMC174155 | 384101 | ACTIVE | 05/18/1994 | 2006 |
| C174628 | SW | SUN 7 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174629 | SW | SUN 8 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174633 | NE | JC 3 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174635 | NE | JC 5 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/28/1994 | 2006 |
| C174637 | NE | JC FR 7 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/28/1994 | 2006 |
| C174638 | NE | JC FR 8 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/28/1994 | 2006 |
| C174639 | NW | HZ 1 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/28/1994 | 2006 |
| C174640 | NW | HZ 2 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/31/1994 | 2006 |
| C174641 | NE NW | HZ 3 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/31/1994 | 2006 |
| C174642 | NE NW | HZ 4 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/31/1994 | 2006 |
| C174643 | NE NW SW | HZ 5 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/31/1994 | 2006 |
| C174644 | NE | HZ 6 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174645 | NE NW SW SE | HZ 7 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174647 | NE | HZ 8 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2005 |
| C174648 | SW SE | HZ 9 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174649 | NE SE | HZ 10 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174650 | SW SE | HZ 11 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174651 | SE | HZ 12 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174652 | SE | HZ 13 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2005 |
| C174657 | NE | HZ 14 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174658 | NE | HZ 19 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 08/02/1994 | 2006 |
| C174659 | NE | HZ 20 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 08/02/1994 | 2006 |
| C174660 | NE SE | HZ 21 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 08/02/1994 | 2005 |
| C176755 | SE | HZ 22 | FORMATION CAPITAL CORP | IMC176755 | 384101 | ACTIVE | 07/30/1995 | 2006 |
| C176756 | NW | CHELAN NO 1 | FORMATION CAPITAL CORP | IMC176729 | 384101 | ACTIVE | 10/22/1995 | 2006 |
| C176766 | NE NW SW SE | SUN FRAC 1 | FORMATION CAPITAL CORP | IMC176729 | 384101 | ACTIVE | 08/27/1995 | 2006 |
| C176767 | NE NW SW SE | SUN FRAC 2 | FORMATION CAPITAL CORP | IMC176729 | 384101 | ACTIVE | 08/27/1995 | 2006 |
| C176768 | NE NW SW SE | RAM 10 | FORMATION CAPITAL CORP | IMC176729 | 384101 | ACTIVE | 08/27/1995 | 2006 |
| C176081 | NE NW | RAM 11 | FORMATION CAPITAL CORP | IMC176081 | 384101 | ACTIVE | 08/02/1996 | 2006 |
| C176082 | SE | RAM 12 | FORMATION CAPITAL CORP | IMC176081 | 384101 | ACTIVE | 08/02/1996 | 2006 |
| C176085 | SE | HZ 15 | FORMATION CAPITAL CORP | IMC176081 | 384101 | ACTIVE | 08/02/1996 | 2006 |
| C176086 | SE | HZ 16 | FORMATION CAPITAL CORP | IMC176081 | 384101 | ACTIVE | 08/02/1996 | 2006 |
| C176087 | SW | HZ 18 | FORMATION CAPITAL CORP | IMC176081 | 384101 | ACTIVE | 08/02/1996 | 2006 |

**Exhibit A**

# DRILLING CONTRACT

This contract, made and entered into the __17th__ day of __MAY__, 200_5_, by and between W. R. Hansen, 7150 Dutch Flat Road Winnemucca, Nevada, 89445 herein after referred to as Contractor and __FORMATION CAPITAL__ herein after referred to as Owner, is for the expressed purpose of setting forth the terms, conditions and limitations under which W. R. Hansen, dba Hansen Drilling, Nevada contractors license # 0036181, will provide general drilling services to the Owner.

## 1. INTRODUCTION

a. Location: __COBALT, IDAHO__
b. Starting Date: __EARLY JUNE 2005__
c. Type of Drill: __HAGBY 1000 CY 38 SKID MTN__ (WRH)
d. Approximate Footage:
   Minimum Footage: __5000 FT__
   Maximum Footage: __5000 FT.__
   Minimum Depth: __300 FT.__
   Maximum Depth: __1200 FT.__
e. Access: _____

## 2. SPECIFICATIONS

a. Inclination: __— 45° TO VERTICAL__
b. Anticipated Rock Types: __PRECAM BRIAN BELT SERIES__
c. Anticipated Overburden Depth: __UNKNOWN__
d. Anticipated Distance to Adequate Water: __5 MILES__
e. Core Boxes: __CARD BOARD__
f. Core Diameter: __HQ — NQ__
g. Travel Time: __N.A.__
h. Work Schedules: __SINGLE 10 HRS/DAY 10 DAYS ON 4 DAYS OFF__

## 3. COSTS AND RATES

a. Mobilization to Job site at $ __6200.00__ Demobilization from the job site at $ __6200.00__ Moving between the holes, at $ __175.00__ per hour for a crew of __2__ men.
b. Hourly rates for unloading and loading the drill and tools, drill site preparation, rigging up, rigging down, laying water lines, dismantling water lines, servicing water lines, mixing mud, pumping lost circulation materials, conditioning the hole, cementing activities including waiting for the cement to set-up, hole surveys, waiting on water, fishing for tools lost or stuck in the hole and delays caused by the owner $ __175.00__ per hour for a crew of __2__ men.
c. Standby rates at $ __87.50__ per man hour.
d. Muds, Additives, Cement and Core Boxes at Cost Plus __15__ % f.o.b. the job site   ✱
e. Per diem at $ __60.00__ per man per day.

✱ Owner will provide mud, cement & Core boxes

WRHansen    7/13/05

Case 4:06-cv-00327-BLW   Document 14   Filed 08/22/06   Page 11 of 15

f. Charges for Core Drilling as follows:

| | PQ $/Ft. | HQ $/Ft. | NQ $/Ft. | BW 44 $/Ft. |
|---|---|---|---|---|
| Depths | | | | |
| 0-500 feet | X | 27.00 | 27.00 | X |
| 500-1200 feet | X | X | 27.00 | X |

g. Reaming and Casings as follows:

Rock Bitting $ 27.00 /Ft.
Reaming Casing $ 175.00 /≡ HR

## 4. RECORDS

The contractor shall maintain records of each shift. Such records shall be completed immediately following each shift and shall include work completed and materials used. Two (2) copies shall be available to the Owner upon request.

## 5. EXCESSIVE BIT WEAR

The Contractor shall be solely responsible for the purchase, safe keeping, and maintenance of all bits, reaming shells and shoes. The cost of bits, shells and shoes that exceeds $ 0.00 per foot of hole shall be paid by the Owner and itemized on the invoices as "excessive bit costs"
*OWNER SHALL PAY FOR ALL BITS, SHELLS & SHOES*

## 6. TOOLS LEFT IN HOLE

Tools left in the hole or damaged by bad ground conditions through no fault of the Contractor or at the request of the Owner shall be charged at replacement cost f.o.b. the job site.

## 7. INSURANCE

The Contractor shall provide and maintain in full force during the contract period Work Comp Insurance , Contractors General Liability and Auto Liability.

H 0002

EXHIBIT B - 2 of 3

8.    BILLINGS AND INVOICES

The Contractor shall prepare a semi-monthly invoice for all charges.  Said invoices shall be mailed to the Owner on or before the 16th day and 1st day of the month.  The Owner shall pay each invoice within fifteen (15) days from the date of the invoice.

9. FORCE MAJEURE

In complying with the obligations of this agreement, the Contractor shall not be responsible in the event of fires, strikes, inability to secure labor, inability to obtain fuel or parts, wars or any other damage beyond his control.

10. INGRESS, EGRESS, DRILL SITES AND ROADS

The Owner shall at his own expense , provide all rights of ingress or egress and all real property upon which necessary temporary buildings may be erected or storage containers located and shall also warrant the quiet and peaceable possession to all such real property.  The Owner shall be responsible for the preparation and maintenance, if necessary , of roads, buildings, and drill locations. The Owner shall provided a suitable dozer tractor at the request of the Contractor.

11. TIME OF ESSENCE

Time is of the essence in each and every provision of this Drilling Contract.  This contract executed on the date first appearing above.

OWNER

BY:

TITLE: President

07-13-05

CONTRACTOR

W. K. HANSEN

MAY 17, 2005

THIS QUOTE IS GOOD FOR 3 DAYS AND SHALL EXPIRE ON MAY 21, 2005 IF NOT ACCEPTED BY OWNER

WK Hansen

7/13/05

H 0003

EXHIBIT B - 3 of 3

County of Lemhi )
)                          BS No.  **266662**

This instrument was filed for record at the request
of *William R. Hansen*
at *2.00* o'clock *P* m  *3-20*        *2006*
and duly filmed and indexed in the records of Lemhi
County                    Terri J. Morton
                          Ex-Officio Recorder

By *Jana Eagle*                       Deputy
Fee    *9 —*

Return to *William R. Hansen*

AFTER RECORDING RETURN TO:

Karl R. Decker
Holden, Kidwell, Hahn & Crapo, P.L.L.C..
1000 Riverwalk Drive, Suite 200
P.O. Box 50130
Idaho Falls, ID  83405
208-523-0520

## NOTICE OF LIEN CLAIM

**Lien Claimant:**         William R. Hansen d/b/a Hansen Drilling

**Responsible Party:**     Formation Capital Corporation, U.S.

**Real Property:**         Mining claims as described on the attached     Exhibit A , all
                           located in Section 21, Township 21 North, Range 18 East
                           Boise Meridian, Custer County, Idaho.

NOTICE IS HEREBY GIVEN that the Claimant claims a lien against the real
property herein described for money due and owing for labor, equipment, and materials
utilized for improving the above described real property.

Said labor and materials were performed and furnished at the request of Formation
Capital Corporation, U.S. commencing on or about July 23, 2005 and the last substantial
work was performed thereon on or about December 21, 2005.

The total value of the materials, labor and equipment furnished in the improvement
of the property and the amount unpaid to Claimant, after deducting all just credits and
offsets, is $72,688.11 plus accrued interest at the rate of 12% per annum from January 12,
2006 through the date of payment, together with attorney's fees in the amount of
$1,500.00. The Claimant hereby claims a lien against the above described real property
and against the improvements located thereon for said sum, plus all additional attorney's
fees, court costs and expenses incurred in realizing on this lien, if any.

The name and address of owner or reputed owner of the property is Formation
Capital Corporation, U.S. whose mailing address is 812 Shoup Street, Salmon, Idaho
83467. The undersigned certifies that a copy hereof will be mailed by certified mail,
postage prepaid, or delivered to each owner or reputed owner no later than 5 business
days following filing of this notice.

I, the undersigned, William R. Hansen, solemnly swear (or affirm) that the testimony
given in this sworn statement is the truth, the whole truth, and nothing but the truth, that
it is made on my personal knowledge, and that I would so testify in open court if called
upon to do so.

EXHIBIT C - 1 of 3

266662

And being so sworn I depose and say that I am William R. Hansen d/b/a Hansen Drilling; that I have read and know the contents of the foregoing notice of lien claim; and that I know the statements therein made are just, true, accurate and correct.

DATED March _20_, 2006

William R. Hansen

STATE OF IDAHO     )
                   : ss.
County of *Lemhi*  )

On March _20_, 2006, before me, the undersigned, a Notary Public in and for the State of Idaho, personally appeared William R. Hansen, known to me, or identified to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same. Further, the said William R. Hansen being duly sworn on his oath, verified that the statements contained in the foregoing instrument are just, true, accurate and correct to the best of his knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

JANA STOKES EAGLE
NOTARY
PUBLIC
STATE OF IDAHO

Jana Eagle
Notary Public for Idaho
Residing at _Salmon_
My Commission Expires: _06-08-10_

G:\WPDATA\KRD\13422 Hansen, Bill\Claim of Lien, 20 Mar 2006.wpd

2     Notice of Lien Claim

EXHIBIT C - 2 of 3

T-048   P.004/004   F-048

266662

TS:   05 0210N 0180E 021

| Tel Number | Qtrd | Claim Name | Claimant | Lead File | Case Type | Status | Loc Date | Last Assmt |
|---|---|---|---|---|---|---|---|---|
| C174157 | SW | SUN 2 | FORMATION CAPITAL CORP | IMC174155 | 384101 | ACTIVE | 05/18/1994 | 2008 |
| C174159 | SW | SUN 4 | FORMATION CAPITAL CORP | IMC174155 | 384101 | ACTIVE | 05/18/1994 | 2008 |
| C174628 | SW | SUN 7 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174629 | SW | SUN 8 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174633 | NE | JC 3 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174635 | NE | JC 5 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174637 | NE | JC FR 7 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/28/1994 | 2006 |
| C174638 | NE | JC FR 8 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/28/1994 | 2006 |
| C174639 | NW | HZ 1 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/28/1994 | 2006 |
| C174640 | NW | HZ 2 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/31/1994 | 2006 |
| C174641 | NE NW | HZ 3 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/31/1994 | 2006 |
| C174642 | NE NW | HZ 4 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/31/1994 | 2005 |
| C174643 | NE NW SW | HZ 5 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/31/1994 | 2006 |
| C174644 | NE | HZ 6 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174645 | NE NW SW SE | HZ 7 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174647 | NE | HZ 8 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2005 |
| C174648 | SW SE | HZ 9 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174649 | NE SE | HZ 10 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174650 | SW SE | HZ 11 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174651 | SE | HZ 12 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174652 | SE | HZ 13 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2005 |
| C174657 | NE | HZ 14 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 07/25/1994 | 2006 |
| C174658 | NE | HZ 19 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 08/02/1994 | 2006 |
| C174659 | NE | HZ 20 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 08/02/1994 | 2006 |
| C174660 | NE SE | HZ 21 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 08/02/1994 | 2005 |
| C174661 | SE | HZ 22 | FORMATION CAPITAL CORP | IMC174628 | 384101 | ACTIVE | 08/02/1994 | 2006 |
| C176755 | SE | CHELAN NO 1 | FORMATION CAPITAL CORP | IMC176729 | 384101 | ACTIVE | 07/30/1995 | 2006 |
| C176758 | NW | SUN FRAC 1 | FORMATION CAPITAL CORP | IMC176729 | 384101 | ACTIVE | 10/22/1995 | 2006 |
| C176766 | NE NW SW SE | SUN FRAC 2 | FORMATION CAPITAL CORP | IMC176729 | 384101 | ACTIVE | 10/22/1995 | 2006 |
| C176767 | NE NW SW SE | RAM 10 | FORMATION CAPITAL CORP | IMC176729 | 384101 | ACTIVE | 08/27/1995 | 2006 |
| C176768 | NE NW SW SE | RAM 11 | FORMATION CAPITAL CORP | IMC176729 | 384101 | ACTIVE | 08/27/1995 | 2006 |
| C176081 | NE NW | RAM 12 | FORMATION CAPITAL CORP | IMC176081 | 384501 | ACTIVE | 08/27/1995 | 2005 |
| C176082 | NE NW | RAM FRAC 1 | FORMATION CAPITAL CORP | IMC176081 | 384101 | ACTIVE | 08/02/1996 | 2006 |
| C176085 | SE | RAM FRAC 2 | FORMATION CAPITAL CORP | IMC176081 | 384101 | ACTIVE | 08/02/1996 | 2006 |
| C176086 | SE | HZ 15 | FORMATION CAPITAL CORP | IMC176081 | 384101 | ACTIVE | 08/02/1996 | 2006 |
| C176087 | SW | HZ 16 | FORMATION CAPITAL CORP | IMC176081 | 384101 | ACTIVE | 08/02/1996 | 2006 |
| | | HZ 18 | | | | | | |

Exhibit A

EXHIBIT C - 3 of 3